IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY REDMOND,

Plaintiff,

v.  Case No. 13-CV-145

MICHAEL MEISNER, ET AL.

Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Rodney Redmond, by his attorneys, von Briesen & Roper, S.C., and Defendants by their attorneys, Attorney General Brad Schimel and Assistant Attorney General Ann M. Peacock, stipulate and agree to dismissal of the above-captioned case, in its entirety, on the merits, with prejudice and without costs.

Dated this 14th day of July, 2015.

s/ Ann M. Peacock
Ann M. Peacock
Wisconsin Department of Justice
State Bar #1046175
*Attorneys for Defendants*

s/ Joseph M. Russell
Joseph M. Russell
von Briesen & Roper, S.C.
State Bar # 1092211
*Attorneys for Plaintiff*